# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| STEPHEN P. JAMESON, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>SEARS, ROEBUCK & CO., )<br>)<br>DEFENDANT ) | CIVIL NO. 1:14-CV-96-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 11, 2014, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on the Defendant's Motion to Dismiss. The time within which to file objections expired on June 30, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to dismiss is **DENIED IN PART AND GRANTED IN PART** as follows: **DENIED** as to Count I; **GRANTED** as to Count II, and **GRANTED** as to Count III to the extent that the plaintiff seeks damages for injuries other than economic or reputational injuries resulting from alleged defamatory statements, but otherwise **DENIED**.

**SO ORDERED.**

**DATED THIS 9TH DAY OF JULY, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**